Woehr, Appellant, *v.* Triangle Publications, Inc.

Argued January 22, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Joseph B. Meranze,* with him *Meranze, Katz & Spear,* for appellants.

*Harold E. Kohn,* with him *Dilworth, Paxson, Kalish, Kohn & Dilks,* for appellee.

OPINION PER CURIAM, June 1, 1964:
Order affirmed. Each party to bear own costs.